

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00153-CR

| | | |
|---|---|---|
| RODERICK G. POLK, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1491855D) |
| V. | § | February 27, 2020 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the judgment and the incorporated order to withdraw funds to remove the $600 fine. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel